**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ  07068
Tel. 973.597.2500
Fax  973.597.2400

*Counsel for the Incline Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INCLINE GLOBAL MASTER LP and INCLINE GLOBAL ELS LP**,**<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, and HOWARD B. SCHILLER,<br><br>Defendants. | Civil Case No. 3:16-cv-7494<br><br>**THE INCLINE PLAINTIFFS' RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Incline Global Master LP and Incline Global ELS LP (collectively, the "Incline Plaintiffs") hereby certifies as follows.

Incline Global Master LP has no parent corporations, and no publicly held corporation owns 10% or more of Incline Global Master LP's stock.

Incline Global ELS LP has no parent corporations, and no publicly held corporation owns 10% or more of Incline Global ELS LP's stock.

-2-

Dated: October 18, 2016  **LOWENSTEIN SANDLER LLP**

By: <u>s/ Lawrence M. Rolnick</u>
Lawrence M. Rolnick
Marc B. Kramer
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
65 Livingston Avenue
Roseland, NJ 07068
Tel. 973.597.2500
Fax 973.597.2400
lrolnick@lowenstein.com
mkramer@lowenstein.com
tredburn@lowenstein.com
ssadighi@lowenstein.com
mhampson@lowenstein.com

*Counsel for the Incline Plaintiffs*