| | |
|---|---|
| Richard Hernandez<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 848-8615<br>Facsimile: (973) 297-6615 | Paul C. Curnin (forthcoming *pro hac vice*)<br>Jonathan K. Youngwood (forthcoming *pro hac vice*)<br>Craig S. Waldman (forthcoming *pro hac vice*)<br>Daniel J. Stujenske (forthcoming *pro hac vice*)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 |

*Attorneys for Defendant*
*Valeant Pharmaceuticals International, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INCLINE GLOBAL MASTER LP., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al,<br><br>Defendants. | Civil Case No. 16-7494(MAS)(LHG)<br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Valeant Pharmaceuticals International, Inc. ("Valeant") hereby certifies that Valeant has no parent corporation and, to the best of Valeant's knowledge, no publicly-traded corporation owns more than 10% of the stock of Valeant.

McCARTER & ENGLISH, LLP
*Attorneys for Defendant*
*Valeant Pharmaceuticals International, Inc.*

By: *s/ Richard Hernandez*
　　Richard Hernandez

Dated: March 31, 2017

ME1 24458645v.1